ERIC GRANT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HUMBERTO ANIBAL JIMENEZ MORENO,<br>Defendant. | CASE NO. 1:24-CR-00265-KES-BAM<br><br>STIPULATION REGARDING SETTING CASE FOR CHANGE OF PLEA HEARING |

**STIPULATION**

1. By previous order, this matter was set for a status conference.

2. By this stipulation, defendants now move to vacate the status conference as to Humberto Anibal Jimenez Moreno and to set the case for a change of plea hearing on August 10, 2026, at 9:30 a.m. before the Honorable Kirk E. Sherriff.

3. Time has already been excluded beyond the change of plea date.

IT IS SO STIPULATED.

Dated: July 13, 2026

ERIC GRANT
United States Attorney

/s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney

Dated: July 13, 2026

/s/ Michael G. McKneely
Michael G. McKneely
Counsel for Defendant
Humberto Anibal Jimenez Moreno

**ORDER**

It is ordered that this case is set for a change of plea hearing on August 10, 2026, at 9:30 a.m., in Courtroom 6.

IT IS SO ORDERED.

Dated: July 13, 2026

UNITED STATES DISTRICT JUDGE