Michael McKneely (State Bar No. 214896)
McKneely Law Firm
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant:
HUMBERTO A. JIMENEZ MORENO

McKneely Law Firm
2300 Tulare Street, Suite 250
Fresno, California 93721
T-(559) 443-7442 | F-(559) 860-0150

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,*<br><br>v.<br><br>HUMBERTO ANIBAL JIMENEZ MORENO, *Defendant.* | Case No. 1:24-cr-00265-KES-EPG<br><br>**(1) STIPULATION RESCHEDULING SENTENCING AND ASSOCIATED DEADLINES; and**<br>**(2) FINDINGS AND ORDER**<br><br>Date: December 14, 2026<br>Time: 9:30 a.m.<br>Dept: Courtroom 6<br>Judge: Hon. Kirk E. Sherriff |

**STIPULATION**

The United States of America, through Assistant U.S. Attorneys Justin Gilio and Robert Veneman-Hughes, and Defendant Humberto Jimenez Moreno, through counsel Michael McKneely, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on December 14, 2026, at 9:30 a.m., before the Honorable Kirk E. Sherriff;

2. The draft presentence report was disclosed on November 2, 2026, and informal objections were due on November 16, 2026. Defendant delivered his informal objections to the United States Probation Office and to the government on November 18, 2026;

3. The assigned United States Probation Officer had submitted the final

McKneely Law Firm
2300 Tulare Street, Suite 250
Fresno, California 93721
T–(559) 443-7442 | F–(559) 860-0150

presentence report for supervisory review before she received the informal objections, is unable to respond to them under the current schedule, and is out of the office until November 30, 2026;

4. Defendant requires a Spanish interpreter. Counsel is scheduled to review the draft presentence report with Defendant through an interpreter on November 24, 2026, and Defendant may supplement his informal objections after that review;

5. Senior United States Probation Officer Megan D. Pascual has been consulted by counsel, is not opposed to the requested continuance, and proposed January 11, 2027;

6. The court is available to reschedule this sentencing hearing on January 11, 2027; and

7. The parties agree that good cause exists to reschedule the sentencing hearing to January 11, 2027, at 9:30 a.m., and to reset the associated presentence deadlines consistent with the new sentencing date, with a revised schedule to issue from the United States Probation Office.

IT IS SO STIPULATED.

Dated: November 23, 2026

McKneely Law Firm

By: s/ Michael McKneely
MICHAEL McKNEELY
Attorney for
Humberto Jimenez Moreno

Dated: November 23, 2026

ERIC GRANT
United States Attorney

By: s/ Justin J. Gilio (by authorization)
JUSTIN J. GILIO
Assistant United States Attorney

McKneely Law Firm
2300 Tulare Street, Suite 250
Fresno, California 93721
T–(559) 443-7442 | F–(559) 860-0150

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court finds good cause to vacate the sentencing hearing scheduled for December 14, 2026, and resets sentencing to January 11, 2027, at 9:30 a.m., in Courtroom 6 before the Honorable Kirk E. Sherriff. The associated presentence deadlines shall be reset consistent with the revised schedule to be issued by the United States Probation Office.

IT IS SO ORDERED.

Dated: November 24, 2026

UNITED STATES DISTRICT JUDGE